UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

JUN - 9 2008
6-9-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Scottie Thomas

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Lake County Jail
Dr Valuriy
Dr Mughal
David Padilla
Toya Coleman

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

08CV3321
JUDGE MAROVICH
MAG. JUDGE SCHENKIER

Case No: _____
(To be supplied by _____)

CHECK ONE ONLY:

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Scottie Thomas

B. List all aliases: _____

C. Prisoner identification number: L58015

D. Place of present confinement: Lake County Jail

E. Address: PO Box 38 Waukegan IL 60079

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Valuriy

   Title: Doctor

   Place of Employment: LAKE County Jail

B. Defendant: Mughal

   Title: Doctor

   Place of Employment: Lake County Jail

C. Defendant: Toya Coleman

   Title: Nurse

   Place of Employment: Lake County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Cont

Defendant | David Pidilla
Title | Nurse (D.O.N)
Employment | Lake County Jail

2

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _06C 7020_

B. Approximate date of filing lawsuit: _Nov 2006_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Scottie Thomas_

D. List all defendants: _Dr Agunilla, Sgt Ted Uchiek, Sgt Kirk_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _United States Federal Northern District_

F. Name of judge to whom case was assigned: _Marovich_

G. Basic claim made: _medical neglect_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _dismissed while I was in hospital no I got out of hospital too late and I wasn't assigned a attorney_

I. Approximate date of disposition: _5/H/2007_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. On Jan 30th, 31st, Feb 1st, + Feb 20th while being housed in medical I was denied pain medication by Nurse Toya Coleman

2. Jan 29th seen ~~Ortho~~ Dr law in Milwaukee Va while there he spoke with David Padilla about my physical therapy and he sent order to Jail Dr Valuriy and Dave it's May 27th I still have not received Pyhsical therapy after asking about it a number of times I'm still in a wheel chair

3. Seen & Spoke with Dr Mughal when he took over for Dr Valuriy about physical therapy to get me out of wheel chair no response also about nurses not giving me my antibiotic and motrine 5/22/08 to present [5/27/08]



Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Find Lake County Jail and all defendants guilty of medical neglect

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 28th day of May, 20 08

Scottie Thomas
(Signature of plaintiff or plaintiffs)

Scottie Thomas
(Print name)

L58015
(I.D. Number)

PO Box 38
Waukegan IL 60079
(Address)

6

Revised 9/2007