MHW

**PRISONER CASE**

R

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | SCOTTIE THOMAS | **Defendant(s):** | DR. VALURIY, etc., et al. |
| **County of Residence:** | LAKE | **County of Residence:** | |
| **Plaintiff's Address:** | | **Defendant's Attorney:** | |

Scottie Thomas
L-58015
Lake - LCJ
P.O. Box 38
Waukegan, IL 60079

FILED
JUN - 9 2008
6-9-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**08CV3321
JUDGE MAROVICH
MAG. JUDGE SCHENKIER**

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [✓] Yes  [ ] No

**Signature:** A. E. Woodham    **Date:** 06/09/2008

Marovich   06C7022
Schenkier