MHG

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

FILED
JUN 9 2008
6-9-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Scottie THOMAS
Plaintiff

v.

Lake County Jail
Dr Valuriy
Dr Mughal
Don DAVID Pa
Toya Coleman
Defendant(s)

08CV3321
JUDGE MAROVICH
MAG. JUDGE SCHENKIER

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, Scottie THOMAS, declare that I am the ☐plaintiff ☐petitioner ☒movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒Yes    ☐No    (If "No," go to Question 2)
   I.D. # L58015        Name of prison or jail: _____
   Do you receive any payment from the institution? ☐Yes ☒No  Monthly amount: _____

2. Are you currently employed?    ☐Yes    ☒No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: 10-05
      Monthly salary or wages: _____
      Name and address of last employer: Doyle Distribution

   b. Are you married?    ☐Yes    ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages                    ☐Yes    ☒No
      Amount _____ Received by _____

b.  ☐ Business, ☐ profession or ☐ other self-employment     ☐Yes     ☒No
Amount_____ Received by_____

c.  ☐ Rent payments, ☐ interest or ☐ dividends     ☐Yes     ☒No
Amount_____ Received by_____

d.  ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☒ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
     ☒Yes     ☐No
Amount  940  Received by  Self

e.  ☐ Gifts or ☐ inheritances     ☐Yes     ☒No
Amount_____ Received by_____

f.  ☐Any other sources (state source:_____)     ☐Yes     ☒No
Amount_____ Received by_____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?     ☐Yes     ☒No     Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?     ☐Yes     ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?     ☐Yes     ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
     ☐Yes     ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents
Justin Thomas - Son \ Marshell Thomas - Daughter \ Malik Hayes - Son \ Gary Hayes Son    $492\mo

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 6-3-08

_X Thomas_
Signature of Applicant

Scottie Thomas
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Scottie Thomas, I.D.# LS5015, has the sum of $10.07 on account to his/her credit at (name of institution) Lake County Jail. I further certify that the applicant has the following securities to his/her credit: ⌀. I further certify that during the past six months the applicant's average monthly deposit was $42.50. (Add all deposits from all sources and then divide by number of months).

5/28/08
DATE

SIGNATURE OF AUTHORIZED OFFICER

M. Cohen
(Print name)

rev. 10/10/2007

# Cash History Report

## 101 – Inmate Account

### L58015: THOMAS, SCOTTIE: Balance=$10.07

| Transaction Type | Amount | Date | | Description | Balance After Transaction |
|---|---|---|---|---|---|
| Deposit | $10.00 | 10/5/2006 | 10:11:42PM | MO2983 JA | $10.00 |
| Deposit | $100.00 | 10/5/2006 | 10:12:33PM | MO9874 JA | $110.00 |
| Deposit | $7.87 | 10/9/2006 | 5:18:34PM | CLEARED CIMIS | $117.87 |
| Withdrawal | $8.00 | 10/9/2006 | 6:13:30PM | HAIR CUT | $109.87 |
| Withdrawal | $3.50 | 10/11/2006 | 5:59:25AM | Commissary Sale | $106.37 |
| Withdrawal | $1.40 | 10/11/2006 | 5:59:25AM | Commissary Sale | $104.97 |
| Withdrawal | $4.80 | 10/11/2006 | 5:59:26AM | Commissary Sale | $100.17 |
| Withdrawal | $3.00 | 10/11/2006 | 5:59:26AM | Commissary Sale | $97.17 |
| Withdrawal | $1.56 | 10/11/2006 | 5:59:26AM | Commissary Sale | $95.61 |
| Withdrawal | $0.78 | 10/11/2006 | 5:59:26AM | Commissary Sale | $94.83 |
| Withdrawal | $3.70 | 10/11/2006 | 5:59:26AM | Commissary Sale | $91.13 |
| Withdrawal | $1.80 | 10/11/2006 | 5:59:27AM | Commissary Sale | $89.33 |
| Withdrawal | $1.90 | 10/11/2006 | 5:59:27AM | Commissary Sale | $87.43 |
| Withdrawal | $5.00 | 10/11/2006 | 5:59:27AM | Commissary Sale | $82.43 |
| Withdrawal | $0.60 | 10/11/2006 | 5:59:27AM | Commissary Sale | $81.83 |
| Withdrawal | $1.30 | 10/11/2006 | 5:59:28AM | Commissary Sale | $80.53 |
| Withdrawal | $1.40 | 10/11/2006 | 5:59:28AM | Commissary Sale | $79.13 |
| Withdrawal | $1.70 | 10/11/2006 | 5:59:28AM | Commissary Sale | $77.43 |
| Withdrawal | ($1.90) | 10/11/2006 | 1:50:37PM | Commissary Return | $79.33 |
| Deposit | $8.00 | 10/11/2006 | 2:41:35PM | RETURN MONEY FOR HAIRCUT | $87.33 |
| Withdrawal | $1.30 | 10/17/2006 | 10:36:55AM | Commissary Sale | $86.03 |
| Withdrawal | $0.60 | 10/17/2006 | 10:36:55AM | Commissary Sale | $85.43 |
| Withdrawal | $1.70 | 10/17/2006 | 10:36:56AM | Commissary Sale | $83.73 |
| Withdrawal | $2.40 | 10/17/2006 | 10:36:56AM | Commissary Sale | $81.33 |
| Withdrawal | $2.80 | 10/17/2006 | 10:36:56AM | Commissary Sale | $78.53 |
| Withdrawal | $0.60 | 10/17/2006 | 10:36:56AM | Commissary Sale | $77.93 |
| Withdrawal | $1.10 | 10/17/2006 | 10:36:56AM | Commissary Sale | $76.83 |

| Transaction Type | Amount | Date | | Description | Balance After Transaction |
|---|---|---|---|---|---|
| Withdrawal | $1.56 | 10/17/2006 | 10:36:57AM | Commissary Sale | $ 75.27 |
| Withdrawal | $1.40 | 10/17/2006 | 10:36:57AM | Commissary Sale | $ 73.87 |
| Withdrawal | $2.90 | 10/17/2006 | 10:36:57AM | Commissary Sale | $ 70.97 |
| Withdrawal | $1.70 | 10/17/2006 | 10:36:57AM | Commissary Sale | $ 69.27 |
| Withdrawal | $0.78 | 10/17/2006 | 10:36:58AM | Commissary Sale | $ 68.49 |
| Withdrawal | $4.00 | 10/17/2006 | 10:36:58AM | Commissary Sale | $ 64.49 |
| Withdrawal | $3.00 | 10/17/2006 | 12:22:20PM | Commissary Sale | $ 61.49 |
| Withdrawal | $0.70 | 10/20/2006 | 9:36:19AM | Commissary Sale | $ 60.79 |
| Withdrawal | $0.56 | 10/20/2006 | 9:36:19AM | Commissary Sale | $ 60.23 |
| Withdrawal | $1.70 | 10/20/2006 | 9:36:19AM | Commissary Sale | $ 58.53 |
| Withdrawal | $1.40 | 10/20/2006 | 9:36:19AM | Commissary Sale | $ 57.13 |
| Withdrawal | $2.00 | 10/20/2006 | 9:36:20AM | Commissary Sale | $ 55.13 |
| Withdrawal | $0.60 | 10/20/2006 | 9:36:20AM | Commissary Sale | $ 54.53 |
| Withdrawal | $0.68 | 10/20/2006 | 9:36:20AM | Commissary Sale | $ 53.85 |
| Withdrawal | $1.30 | 10/20/2006 | 9:36:20AM | Commissary Sale | $ 52.55 |
| Withdrawal | $0.55 | 10/20/2006 | 9:36:21AM | Commissary Sale | $ 52.00 |
| Withdrawal | $0.10 | 10/20/2006 | 9:36:21AM | Commissary Sale | $ 51.90 |
| Withdrawal | $8.00 | 10/23/2006 | 9:17:02PM | BARBER-HAIRCUT | $ 43.90 |
| Withdrawal | $1.40 | 10/24/2006 | 8:13:48AM | Commissary Sale | $ 42.50 |
| Withdrawal | $0.60 | 10/24/2006 | 8:13:49AM | Commissary Sale | $ 41.90 |
| Withdrawal | $1.56 | 10/24/2006 | 8:13:49AM | Commissary Sale | $ 40.34 |
| Withdrawal | $2.00 | 10/24/2006 | 8:13:49AM | Commissary Sale | $ 38.34 |
| Withdrawal | $2.25 | 10/24/2006 | 8:13:49AM | Commissary Sale | $ 36.09 |
| Withdrawal | $1.70 | 10/24/2006 | 8:13:49AM | Commissary Sale | $ 34.39 |
| Withdrawal | $1.80 | 10/24/2006 | 8:13:50AM | Commissary Sale | $ 32.59 |
| Withdrawal | $0.55 | 10/24/2006 | 8:13:50AM | Commissary Sale | $ 32.04 |
| Withdrawal | $0.10 | 10/24/2006 | 8:13:50AM | Commissary Sale | $ 31.94 |
| Withdrawal | $1.40 | 10/27/2006 | 9:32:39AM | Commissary Sale | $ 30.54 |
| Withdrawal | $1.12 | 10/27/2006 | 9:32:39AM | Commissary Sale | $ 29.42 |
| Withdrawal | $0.85 | 10/27/2006 | 9:32:39AM | Commissary Sale | $ 28.57 |
| Withdrawal | $2.00 | 10/27/2006 | 9:32:39AM | Commissary Sale | $ 26.57 |
| Withdrawal | $0.75 | 10/27/2006 | 9:32:40AM | Commissary Sale | $ 25.82 |
| Withdrawal | $0.85 | 10/27/2006 | 9:32:40AM | Commissary Sale | $ 24.97 |
| Withdrawal | $1.80 | 10/27/2006 | 9:32:40AM | Commissary Sale | $ 23.17 |

| Transaction Type | Amount | Date | | Description | Balance After Transaction |
|---|---|---|---|---|---|
| Withdrawal | $0.30 | 10/27/2006 | 9:32:40AM | Commissary Sale | $ 22.87 |
| Withdrawal | $0.65 | 10/27/2006 | 9:32:40AM | Commissary Sale | $ 22.22 |
| Withdrawal | $0.55 | 10/27/2006 | 9:32:41AM | Commissary Sale | $ 21.67 |
| Withdrawal | $1.05 | 10/31/2006 | 8:09:49AM | Commissary Sale | $ 20.62 |
| Withdrawal | $0.60 | 10/31/2006 | 8:09:49AM | Commissary Sale | $ 20.02 |
| Withdrawal | $1.70 | 10/31/2006 | 8:09:50AM | Commissary Sale | $ 18.32 |
| Withdrawal | $2.00 | 10/31/2006 | 8:09:50AM | Commissary Sale | $ 16.32 |
| Withdrawal | $1.50 | 10/31/2006 | 8:09:50AM | Commissary Sale | $ 14.82 |
| Withdrawal | $1.70 | 10/31/2006 | 8:09:50AM | Commissary Sale | $ 13.12 |
| Withdrawal | $1.20 | 10/31/2006 | 8:09:51AM | Commissary Sale | $ 11.92 |
| Withdrawal | $0.60 | 10/31/2006 | 8:09:51AM | Commissary Sale | $ 11.32 |
| Withdrawal | $1.30 | 10/31/2006 | 8:09:51AM | Commissary Sale | $ 10.02 |
| Withdrawal | $0.55 | 10/31/2006 | 8:09:51AM | Commissary Sale | $ 9.47 |
| Withdrawal | $0.10 | 10/31/2006 | 8:09:51AM | Commissary Sale | $ 9.37 |
| Withdrawal | $0.70 | 11/3/2006 | 9:33:03AM | Commissary Sale | $ 8.67 |
| Withdrawal | $1.12 | 11/3/2006 | 9:33:03AM | Commissary Sale | $ 7.55 |
| Withdrawal | $2.00 | 11/3/2006 | 9:33:03AM | Commissary Sale | $ 5.55 |
| Withdrawal | $1.50 | 11/3/2006 | 9:33:03AM | Commissary Sale | $ 4.05 |
| Withdrawal | $0.30 | 11/3/2006 | 9:33:04AM | Commissary Sale | $ 3.75 |
| Withdrawal | $0.65 | 11/3/2006 | 9:33:04AM | Commissary Sale | $ 3.10 |
| Withdrawal | $1.75 | 11/7/2006 | 8:29:43AM | Commissary Sale | $ 1.35 |
| Withdrawal | $0.60 | 11/7/2006 | 8:29:43AM | Commissary Sale | $ 0.75 |
| Withdrawal | $0.28 | 11/7/2006 | 8:29:43AM | Commissary Sale | $ 0.47 |
| Withdrawal | $0.30 | 11/7/2006 | 8:29:43AM | Commissary Sale | $ 0.17 |
| Withdrawal | $0.10 | 11/7/2006 | 8:29:43AM | Commissary Sale | $ 0.07 |
| Deposit | $25.00 | 11/9/2006 | 2:04:33PM | MO 6967 | $ 25.07 |
| Withdrawal | $1.90 | 11/10/2006 | 5:53:55AM | Commissary Sale | $ 23.17 |
| Withdrawal | $1.90 | 11/14/2006 | 12:26:37PM | Commissary Sale | $ 21.27 |
| Withdrawal | $1.15 | 11/14/2006 | 12:26:37PM | Commissary Sale | $ 20.12 |
| Withdrawal | $8.00 | 11/14/2006 | 7:34:39PM | BARBER CK 75336 CB | $ 12.12 |
| Withdrawal | $5.00 | 11/15/2006 | 11:02:53AM | Doctor Visit from DOCTOR VISIT | $ 7.12 |
| Withdrawal | $1.90 | 11/17/2006 | 8:28:46AM | Commissary Sale | $ 5.22 |
| Withdrawal | $0.95 | 11/21/2006 | 5:40:08AM | Commissary Sale | $ 4.27 |
| Withdrawal | $1.80 | 11/24/2006 | 10:53:25AM | Commissary Sale | $ 2.47 |

| Transaction Type | Amount | Date | | Description | Balance After Transaction |
|---|---|---|---|---|---|
| Withdrawal | $1.00 | 11/24/2006 | 10:53:25AM | Commissary Sale | $ 1.47 |
| Withdrawal | $1.25 | 11/24/2006 | 10:53:25AM | Commissary Sale | $ 0.22 |
| Deposit | $50.00 | 12/13/2006 | 2:03:23PM | 02-MO6494 | $ 50.22 |
| Withdrawal | $19.65 | 12/14/2006 | 7:24:18AM | Commissary Sale | $ 30.57 |
| Withdrawal | $3.12 | 12/15/2006 | 2:49:55PM | Commissary Sale | $ 27.45 |
| Withdrawal | $14.36 | 12/19/2006 | 10:03:49AM | Commissary Sale | $ 13.09 |
| Withdrawal | $2.57 | 12/21/2006 | 7:09:37AM | Commissary Sale | $ 10.52 |
| Withdrawal | $10.48 | 12/21/2006 | 9:33:30AM | Commissary Sale | $ 0.04 |
| Deposit | $20.00 | 12/26/2006 | 9:05:34PM | 02MO5957 | $ 20.04 |
| Withdrawal | $8.69 | 12/28/2006 | 12:19:29PM | Commissary Sale | $ 11.35 |
| Withdrawal | $9.59 | 1/2/2007 | 7:54:10AM | Commissary Sale | $ 1.76 |
| Withdrawal | ($0.60) | 1/3/2007 | 11:48:40AM | Commissary Return | $ 2.36 |
| Deposit | $60.00 | 1/3/2007 | 9:15:21PM | 02MO6531 | $ 62.36 |
| Withdrawal | $21.09 | 1/4/2007 | 7:14:14AM | Commissary Sale | $ 41.27 |
| Withdrawal | $1.25 | 1/4/2007 | 8:58:04AM | Commissary Sale | $ 40.02 |
| Withdrawal | $14.60 | 1/8/2007 | 7:38:33AM | Commissary Sale | $ 25.42 |
| Withdrawal | $8.00 | 1/8/2007 | 9:23:49PM | 05CK75945 BARBER | $ 17.42 |
| Withdrawal | $5.03 | 1/10/2007 | 1:33:00PM | 10 CK76078 US DIST COURT INT FILE FEE | $ 12.39 |
| Withdrawal | $2.86 | 1/11/2007 | 7:10:25AM | Commissary Sale | $ 9.53 |
| Withdrawal | $4.09 | 1/15/2007 | 7:17:48AM | Commissary Sale | $ 5.44 |
| Withdrawal | $0.85 | 1/18/2007 | 7:23:26AM | Commissary Sale | $ 4.59 |
| Withdrawal | $4.05 | 1/18/2007 | 11:13:10AM | Commissary Sale | $ 0.54 |
| Deposit | $100.00 | 1/21/2007 | 8:02:48PM | 02MO6076 | $ 100.54 |
| Withdrawal | $18.12 | 1/22/2007 | 6:30:33AM | Commissary Sale | $ 82.42 |
| Withdrawal | $7.34 | 1/25/2007 | 7:17:28AM | Commissary Sale | $ 75.08 |
| Withdrawal | $75.08 | 1/27/2007 | 7:51:43AM | 03 CK76288 RELEASE | $ 0.00 |
| Deposit | $62.93 | 3/26/2007 | 12:27:48PM | 01 CASH | $ 62.93 |
| Withdrawal | $62.93 | 3/26/2007 | 1:25:56PM | 03 CK76998 RELEASE | $ 0.00 |
| Deposit | $5.67 | 7/16/2007 | 9:04:16PM | 01 CASH | $ 5.67 |
| Withdrawal | $5.67 | 7/18/2007 | 12:40:05PM | 03 CK 78365 RELEASE | $ 0.00 |
| Deposit | $94.07 | 12/23/2007 | 2:45:17PM | 01 CASH | $ 94.07 |
| Withdrawal | $27.26 | 12/27/2007 | 8:04:22AM | Commissary Sale | $ 66.81 |
| Withdrawal | $9.06 | 12/31/2007 | 9:08:08AM | Commissary Sale | $ 57.75 |
| Withdrawal | ($1.45) | 12/31/2007 | 2:13:43PM | Commissary Return | $ 59.20 |

| Transaction Type | Amount | Date | | Description | Balance After Transaction |
|---|---|---|---|---|---|
| Withdrawal | $1.72 | 12/31/2007 | 2:14:08PM | Commissary Sale | $57.48 |
| Withdrawal | $7.22 | 1/3/2008 | 7:39:10AM | Commissary Sale | $50.26 |
| Withdrawal | $2.41 | 1/7/2008 | 7:40:06AM | Commissary Sale | $47.85 |
| Withdrawal | $4.58 | 1/10/2008 | 6:55:59AM | Commissary Sale | $43.27 |
| Withdrawal | $7.23 | 1/14/2008 | 7:45:53AM | Commissary Sale | $36.04 |
| Withdrawal | $7.23 | 1/15/2008 | 7:03:43AM | Commissary Sale | $28.81 |
| Withdrawal | ($7.23) | 1/15/2008 | 7:04:33AM | Commissary Return | $36.04 |
| Withdrawal | $4.46 | 1/17/2008 | 7:36:39AM | Commissary Sale | $31.58 |
| Withdrawal | $1.05 | 1/17/2008 | 1:33:23PM | Commissary Sale | $30.53 |
| Deposit | $75.00 | 1/19/2008 | 12:49:28PM | 02 MO4685 | $105.53 |
| Withdrawal | $8.30 | 1/21/2008 | 7:21:34AM | Commissary Sale | $97.23 |
| Withdrawal | $10.30 | 1/24/2008 | 7:12:17AM | Commissary Sale | $86.93 |
| Withdrawal | $5.43 | 1/28/2008 | 6:14:34AM | Commissary Sale | $81.50 |
| Withdrawal | $6.96 | 2/1/2008 | 11:56:00AM | Commissary Sale | $74.54 |
| Withdrawal | $1.80 | 2/4/2008 | 7:25:09AM | Commissary Sale | $72.74 |
| Withdrawal | $7.20 | 2/7/2008 | 8:14:03AM | Commissary Sale | $65.54 |
| Withdrawal | $2.00 | 2/7/2008 | 1:51:13PM | Commissary Sale | $63.54 |
| Withdrawal | $7.74 | 2/11/2008 | 7:58:57AM | Commissary Sale | $55.80 |
| Withdrawal | ($7.74) | 2/12/2008 | 2:03:41PM | Commissary Return | $63.54 |
| Withdrawal | $18.60 | 2/12/2008 | 2:06:21PM | Commissary Sale | $44.94 |
| Deposit | $60.00 | 2/13/2008 | 1:49:57PM | 02 MO0956 | $104.94 |
| Withdrawal | $6.69 | 2/14/2008 | 6:14:57AM | Commissary Sale | $98.25 |
| Withdrawal | $10.79 | 2/18/2008 | 7:24:00AM | Commissary Sale | $87.46 |
| Withdrawal | $1.47 | 2/18/2008 | 1:46:23PM | Commissary Sale | $85.99 |
| Withdrawal | $4.86 | 2/21/2008 | 7:44:24AM | Commissary Sale | $81.13 |
| Withdrawal | $4.62 | 2/25/2008 | 7:53:46AM | Commissary Sale | $76.51 |
| Withdrawal | $1.62 | 2/27/2008 | 9:34:53AM | Commissary Sale | $74.89 |
| Withdrawal | $9.86 | 2/28/2008 | 8:00:22AM | Commissary Sale | $65.03 |
| Withdrawal | ($0.81) | 2/28/2008 | 2:27:40PM | Commissary Return | $65.84 |
| Withdrawal | $1.05 | 2/28/2008 | 2:28:23PM | Commissary Sale | $64.79 |
| Withdrawal | $12.57 | 3/3/2008 | 8:00:58AM | Commissary Sale | $52.22 |
| Withdrawal | ($9.00) | 3/7/2008 | 2:08:08PM | Commissary Return | $61.22 |
| Withdrawal | $14.14 | 3/10/2008 | 7:35:48AM | Commissary Sale | $47.08 |
| Withdrawal | $1.30 | 3/10/2008 | 12:53:48PM | Commissary Sale | $45.78 |

| Transaction Type | Amount | Date | | Description | Balance After Transaction |
|---|---|---|---|---|---|
| Withdrawal | ($1.30) | 3/10/2008 | 1:44:39PM | Commissary Return | $47.08 |
| Withdrawal | $2.76 | 3/13/2008 | 7:47:24AM | Commissary Sale | $44.32 |
| Withdrawal | $1.80 | 3/13/2008 | 7:51:08AM | Commissary Sale | $42.52 |
| Withdrawal | ($9.00) | 3/14/2008 | 12:21:02PM | Commissary Return | $51.52 |
| Withdrawal | $6.51 | 3/17/2008 | 7:50:38AM | Commissary Sale | $45.01 |
| Withdrawal | $3.34 | 3/20/2008 | 7:39:15AM | Commissary Sale | $41.67 |
| Withdrawal | $5.47 | 3/24/2008 | 7:49:46AM | Commissary Sale | $36.20 |
| Withdrawal | $6.91 | 3/27/2008 | 7:50:26AM | Commissary Sale | $29.29 |
| Withdrawal | $2.79 | 3/31/2008 | 7:44:23AM | Commissary Sale | $26.50 |
| Withdrawal | $8.59 | 4/3/2008 | 7:56:05AM | Commissary Sale | $17.91 |
| Withdrawal | $2.11 | 4/7/2008 | 7:46:42AM | Commissary Sale | $15.80 |
| Withdrawal | $2.58 | 4/10/2008 | 7:40:49AM | Commissary Sale | $13.22 |
| Withdrawal | $6.09 | 4/14/2008 | 7:12:19AM | Commissary Sale | $7.13 |
| Deposit | $50.00 | 4/14/2008 | 5:37:28PM | 02 MO4761 | $57.13 |
| Withdrawal | $11.84 | 4/17/2008 | 8:18:58AM | Commissary Sale | $45.29 |
| Withdrawal | $8.15 | 4/21/2008 | 7:31:34AM | Commissary Sale | $37.14 |
| Withdrawal | $8.62 | 4/24/2008 | 7:40:58AM | Commissary Sale | $28.52 |
| Withdrawal | $5.05 | 4/28/2008 | 7:36:09AM | Commissary Sale | $23.47 |
| Withdrawal | $10.30 | 5/1/2008 | 7:47:03AM | Commissary Sale | $13.17 |
| Deposit | $10.00 | 5/4/2008 | 6:26:18PM | 02 MO8657 | $23.17 |
| Withdrawal | $7.84 | 5/5/2008 | 8:38:50AM | Commissary Sale | $15.33 |
| Withdrawal | $2.50 | 5/5/2008 | 8:39:53AM | Commissary Sale | $12.83 |
| Withdrawal | $11.13 | 5/8/2008 | 7:48:40AM | Commissary Sale | $1.70 |
| Deposit | $60.00 | 5/10/2008 | 8:38:10PM | 02 MO8386 | $61.70 |
| Withdrawal | $7.78 | 5/12/2008 | 8:14:06AM | Commissary Sale | $53.92 |
| Withdrawal | $0.81 | 5/12/2008 | 8:16:34AM | Commissary Sale | $53.11 |
| Withdrawal | $5.40 | 5/15/2008 | 7:45:49AM | Commissary Sale | $47.71 |
| Withdrawal | $1.05 | 5/15/2008 | 12:30:27PM | Commissary Sale | $46.66 |
| Withdrawal | $18.32 | 5/19/2008 | 7:57:19AM | Commissary Sale | $28.34 |
| Withdrawal | $9.07 | 5/22/2008 | 7:37:03AM | Commissary Sale | $19.27 |
| Withdrawal | $0.60 | 5/22/2008 | 7:45:36AM | Commissary Sale | $18.67 |
| Withdrawal | $2.90 | 5/22/2008 | 2:33:02PM | Commissary Sale | $15.77 |
| Withdrawal | $5.70 | 5/27/2008 | 7:44:46AM | Commissary Sale | $10.07 |
| Withdrawal | ($2.10) | 5/27/2008 | 10:49:27AM | Commissary Return | $12.17 |

| Transaction Type | Amount | Date | Description | Balance After Transaction |
|---|---|---|---|---|
| Withdrawal | $2.10 | 5/27/2008 10:49:54AM | Commissary Sale | $10.07 |